# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA

### APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number 17-CV-1111-AJT-JFA , Case Name Dykes v. Van Ru Credit Corporation
Party Represented by Applicant: Carolyn Dykes

To: The Honorable Judges of the United States District Court for the Eastern District of Virginia

### PERSONAL STATEMENT

FULL NAME (no initials, please) Brian Lewis Bromberg
Bar Identification Number 2441947;243776;       State NY; CA; NJ
Firm Name Bromberg Law Office, P.C   NJ: 237412017
Firm Phone # (212) 248-7906          Direct Dial # (212) 248-7906          FAX # (212) 248-7908
E-Mail Address brian@bromberglawoffice.com
Office Mailing Address 26 Broadway, 21st Floor, New York, NY 10004

Name(s) of federal court(s) in which I have been admitted SCt; DCts NY&CA; 2,3,4,7&9 Cir; NDIL;NDIN;SDIN;DCT;WDWS;SDTX;DCO;DNJ

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not _X_ a full-time employee of the United States of America, and if so, request exemption from the admission fee.

/s/ Brian Lewis Bromberg
(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

/s/ Thomas Ray Breeden                          11/14/2017
(Signature)                                     (Date)
Thomas Ray Breeden                              33410
(Typed or Printed Name)                         (VA Bar Number)

Court Use Only:

Clerk's Fee Paid _Y_ *or* Exemption Granted _____

The motion for admission is GRANTED ____ *or* DENIED _____

/s/
Anthony J. Trenga
United States District Judge
(Judge's Signature)

Nov. 21, 2017
(Date)