**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| **CAROLYN DYKES, Individually and on behalf of all others similarly situated,**<br><br>        **Plaintiff,**<br><br>v.<br><br>**VAN RU CREDIT CORPORATION.**<br><br>        **Defendant.** | **Case No. 1:17-cv-01111-AJT-JFA** |

## ORDER GRANTING DEFENDANT, VAN RU CREDIT CORPORATION'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

After considering Defendant, Van Ru Credit Corporation's, Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), the Court finds the Motion is well taken and hereby GRANTS the Motion.

IT IS ORDERED that Defendant, Van Ru Credit Corporation, shall have until December 18, 2017, to respond to Plaintiff's Complaint.

SIGNED _____, 2017.

_____
United States District Judge