# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

CAROLYN DYKES, Individually §
and on behalf of all others §
similarly situated, §
§
Plaintiff, §
§
v. §  Case No. 1:17-cv-01111-AJT-JFA
§
VAN RU CREDIT §
CORPORATION. §
§
Defendant. §

## ORDER GRANTING DEFENDANT, VAN RU CREDIT CORPORATION'S, UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

After considering Defendant, Van Ru Credit Corporation's, Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint (the "Motion"), the Court finds the Motion is well taken and hereby GRANTS the Motion.

IT IS ORDERED that Defendant, Van Ru Credit Corporation, shall have until December 18, 2017, to respond to Plaintiff's Complaint.

SIGNED November 27, 2017.

/s/ JFA
_____
John F. Anderson
United States Magistrate Judge