**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

CAROLYN DYKES, individually and on
behalf of all others similarly situated,

     Plaintiff,

           Case No. 1:17-cv-01111-AJT-JFA

v.

VAN RU CREDIT CORPORATION,

     Defendant.

_____/

## DEFENDANT, VAN RU CREDIT CORPORATION'S, RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Van Ru Credit Corporation ("Van Ru"), through counsel and pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Van Ru does not have a parent corporation, and there is no publicly held corporation that owns 10% or more of its stock.

Dated:  December 18, 2017

Respectfully submitted,


*/s/Harijot S. Khalsa*
Harijot S. Khalsa, Esq. (SBN 78682)
Sessions, Fishman, Nathan & Israel, L.L.P.
1545 Hotel Circle South, Suite 150
San Diego, CA  92108-3426
Telephone: (657) 445-6089
Facsimile:  (619) 296-2013
hskhalsa@sessions.legal
Attorneys for Defendant,
Van Ru Credit Corporation


## CERTIFICATE OF SERVICE

I certify that on December 18, 2017, a copy of the foregoing was filed electronically in the ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Thomas R. Breeden, Esq.
10326 Lomond Drive
Manassas, VA 20109

Brian L. Bromberg, Esq.
Bromberg Law Office, P.C.
26 Broadway, 21st Floor
New York, NY 10004


*/s/Harijot S. Khalsa*
Harijot S. Khalsa, Esq.